In re Barras, Nolan; Champagne, Joseph, Mrs.; Potier, Alfred; Russo, Joseph J.; Foti, Fred, Jr.; Sonnier, Mary Jude Resweber; Boyer, Arlene; Semar, Judy Prioux; Laughlin, Vira; Green, May Me-lancon; Vincent, Curlis; Theriot, James; Champagne, Gerald; Willis, J.B., Jr.; Citty, Paul; Telafigue, Connie; Resweber, Paul; Frioux, Simon; Westcott, Laurie Resweber; Sonnier, Steven; Hebert, Scott; Willis, Ce-line Durand; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. CA91-0336; Parish of St. Martin, 16th Judicial District Court, Div. “D”, No. 48,105.
Denied.